## 26933. CARROLL v. HOLLAND.

ALMAND, Chief Justice. This appeal is from an order of September 7, 1971, remanding appellant in a habeas corpus proceeding to the custody of the appellee. The notice of appeal was filed on November 12, 1971. *Held:*

The notice of appeal not being filed within 30 days after entry of the judgment (*Code Ann.* § 6-803), and no extension being granted for the filing (*Code Ann.* § 6-804), this appeal must be dismissed. *Stanford v. Evans, Reed & Williams*, 221 Ga. 331 (145 SE2d 504).

*Appeal dismissed. All the Justices concur.*
ARGUED JANUARY 10, 1972—DECIDED FEBRUARY 11, 1972.

Harley Henry Carroll, *pro se, Herbert T. Jenkins, Jr.,* for appellant.

Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, W. Hensell Harris, Jr., Assistant Attorneys General, for appellee.